

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00900-CV

**IN THE ESTATE OF MARJORIE A. CHILDS, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014PC0056
The Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellant Mollie Allen Childs moved this court to transfer a copy of the clerk's record and supplemental clerk's record from appeal number 04-15-00623-CV into the appellate record for this appeal.

Appellant's motion is GRANTED. We direct the clerk of this court to place a copy of the requested records from appeal number 04-15-00623-CV into the record for this appeal numbered 04-18-00900-CV.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court